```
1   McGREGOR W. SCOTT
    United States Attorney
2   KENNETH J. MELIKIAN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, Ca.  95814
4   Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | CR. NO. S-04-306 FCD |
| Plaintiff,  ) | |
| )  | STIPULATION; ORDER |
| MARK ANTHONY DIXON,  )  | |
| Defendant.  )  | |
| _____) | |

Defendant Mark Anthony Dixon, through Joseph Shemaria, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status hearing scheduled for September 6, 2005.  The parties further stipulate that said hearing be placed on the court's September 19, 2005, calendar at 9:30 a.m.

This request for a continuance is made in that the parties are attempting to reach a plea agreement which would encompass this case as well as the defendant's other case, CR.S-00-487 FCD. While progress has been made, no resolution has been reached yet. The parties are hopeful that the plea agreement can be finalized by September 19th.

///

1

For these reasons, the parties request that a status conference in this case be scheduled for September 19, 2005.  The parties further agree that time should be excluded through September 19, 2005, from computation under the Speedy Trial Act pursuant to local code T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense counsel to prepare his case.

DATED: September 2, 2005          McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Kenneth J. Melikian

                                  By
                                     KENNETH J. MELIKIAN
                                  Assistant U.S. Attorney

DATED: September 2, 2005          /s/ Kenneth J. Melikian
                                  JOSEPH SHEMARIA
                                  Attorney for Defendant
                                  (Signed by Kenneth J. Melikian
                                   per authorization by Joseph
                                   Shemaria)

    IT IS SO ORDERED.

DATED: September 2, 2005

                                  /s/ Frank C. Damrell Jr.
                                  HONORABLE FRANK C. DAMRELL JR.
                                  U.S. District Court Judge

2