1 McGREGOR W. SCOTT
  United States Attorney
2 KENNETH J. MELIKIAN
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, Ca.  95814
4 Telephone:  (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  CR. NO. S-00-0487 FCD
                                  )  CR. NO. S-04-0306 FCD
12              Plaintiff,        )
                                  )  STIPULATION; ORDER
13                                )
   MARK ANTHONY DIXON,            )  **"MODIFIED"**
14                                )
                Defendant.        )
15 _____)

16      Defendant Mark Anthony Dixon, through Joseph Shemaria,

17 Attorney At Law, and the United States of America, through

18 Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the

19 status hearing scheduled for October 24, 2005.  The parties

20 further stipulate that said hearing be placed on the court's

21 December 5, 2005, calendar.

22      This request for a continuance is made in that the parties

23 are attempting to reach a plea agreement which would encompass

24 this case as well as the defendant's other case, CR.S-00-487 FCD.

25 While progress has been made, no resolution has been reached yet.

26 The parties are hopeful that the plea agreement can be finalized

27 by December 5th.

28 ///

                                   1

1  For these reasons, the parties request that a status
2  conference in this case, as well as in case CR.S-00-487 FCD be
3  scheduled for December 5, 2005.  The parties further agree that
4  time should be excluded in both cases through December 5, 2005,
5  from computation under the Speedy Trial Act pursuant to local code
6  T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense
7  counsel to prepare his case.

8  DATED: October 19, 2005           McGREGOR W. SCOTT
                                     United States Attorney

                                     /s/ Kenneth J. Melikian

                                     By
                                        KENNETH J. MELIKIAN
                                     Assistant U.S. Attorney

13 DATED: October 19, 2005           /s/ Kenneth J. Melikian
                                     JOSEPH SHEMARIA
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
                                      per authorization by Joseph
                                      Shemaria)

18      IT IS SO ORDERED.

20 DATED: October 21, 2005

                                     /s/ Frank C. Damrell Jr.
                                     HONORABLE FRANK C. DAMRELL JR.
                                     U.S. District Court Judge