**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant**
**MARK ANTHONY DIXON**

 

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. CR. S-00-00487 FCD** |
| ) | **CASE NO. CR. S-04-00306 FCD** |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **STATUS CONFERENCE HEARING** |
| ) | |
| **MARK ANTHONY DIXON,** ) | **"AS MODIFIED"** |
| ) | |
| Defendants. ) | |
| _____) | |

TO THE HONORABLE FRANK C. DAMRELL, JR., UNITED STATES DISTRICT JUDGE:

     The parties, by and through their respective counsel of record, hereby stipulate and request the following:

     1.  The hearing for a Status Conference presently set for December 5, 2005, be continued to January 30, 2006 at 9:30 a.m.

     2.  Defendant requests that this extension be excluded for speedy trial purposes as it is due to Defendant's counsel

United States of America v. Mark Anthony Dixon
Stipulation to Continue Hearing on Defendant's
Motion to Suppress Evidence and Reset Briefing
Schedule; Case No. CR. S-00-0487 FCD

PDF created with pdfFactory trial version www.pdffactory.com

and Government counsel engaging in settlement negotiations of both pending cases.

    3. Accordingly, the parties respectfully request that the Court exclude the time from the date of December 5, 2005 until January 30, 2006 for further defense negotiation and trial preparation.

DATED: Dec. 5, 2005   LAW OFFICES OF JOSEPH SHEMARIA


                          By:  _____/s/_____
                                JOSEPH SHEMARIA
                                Attorney for Defendant
                                MARK ANTHONY DIXON


DATED: Dec. 5, 2005          _____/s/_____
                                KENNETH J. MELIKIAN Esq.
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                UNITED STATES OF AMERICA


Good Cause Appearing Therefor,

    IT IS HEREBY ORDERED that the Status Conference set for December 5, 2005 is continued to January 30, 2006 at 9:30 a.m. Time between said dates is, as requested, excluded as further time for defense preparation, Local Code T4.


Dated: December 7, 2005.      /s/ Frank C. Damrell Jr.
                                    HON. FRANK C. DAMRELL, JR.,
                                    UNITED STATES DISTRICT JUDGE

United States of America v. Mark Anthony Dixon
Stip. to Continue Status Conference Hg.;   - 2 -
Case No. CR. S-00-0487 FCD

PDF created with pdfFactory trial version www.pdffactory.com