**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant**
**MARK ANTHONY DIXON**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO. CR. S-00-00487 FCD** |
| ) | **CASE NO. CR. S-04-00306 FCD** |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **STATUS CONFERENCE HEARING** |
| ) | |
| **MARK ANTHONY DIXON,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

TO THE HONORABLE FRANK C. DAMRELL, JR., UNITED STATES DISTRICT JUDGE:

　　The parties, by and through their respective counsel of record, hereby stipulate and request the following:

　　1. The hearing for a Status Conference presently set for January 30, 2006, be continued to March 20, 2006.

　　2. Defendant requests that this extension be excluded for speedy trial purposes as it is due to Defendant's counsel

United States of America v. Mark Anthony Dixon
Stipulation to Continue Hearing on Defendant's
Motion to Suppress Evidence and Reset Briefing
Schedule; Case No. CR. S-00-0487 FCD

PDF created with pdfFactory trial version www.pdffactory.com

and Government counsel engaging in settlement negotiations of both pending cases.

    3. Accordingly, the parties respectfully request that the Court exclude the time from the date of January 30, 2006 until March 20, 2006 for further defense negotiation and trial preparation.

DATED: Jan. 26, 2006    LAW OFFICES OF JOSEPH SHEMARIA


By: _____/s/_____
    JOSEPH SHEMARIA
    Attorney for Defendant
    MARK ANTHONY DIXON


DATED: Jan. 26, 2006    _____/s/\_-- per D.S.L._____
    KENNETH J. MELIKIAN Esq.
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

Good Cause Appearing Therefor,

    IT IS HEREBY ORDERED that the Status Conference set for January 30, 2006 is continued to March 20, 2006. Time between said dates is, as requested, excluded as further time for defense preparation.


Dated: Jan. 27, 2006.    /s/Frank C. Damrell, Jr.
    HON. FRANK C. DAMRELL, JR.,
    UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com