COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
MARK ANTHONY DIXON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-CR-00306 FCD |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| vs. | |
| MARK ANTHONY DIXON, | |
| Defendant. | |

Defendant MARK ANTHONY DIXON hereby substitutes the COOPER LAW OFFICES as his attorneys of record in this case, in place of JOSEPH SHEMARIA.

　　　　　　　　　　　　　　　　　　　　　COOPER LAW OFFICES

DATED:  February 16, 2006　　　　　　　/s/ COLIN L. COOPER


　　　　　　　　　　　　　　　　　　　　　I agree to the substitution.

DATED:  February 21, 2006　　　　　　　/s/ MARK ANTHONY DIXON

1

PDF created with pdfFactory trial version www.pdffactory.com

1 | I agree to the substitution.
2 | DATED: February 17, 2006 | /s/ JOSEPH SHEMARIA

I agree to the substitution.

DATED: February 21, 2006 | /s/ KENNETH J. MELIKIAN
Assistant United States Attorney

IT IS SO ORDERED.

DATED: February 22, 2006 | /s/ Frank C. Damrell Jr.
HONORABLE FRANK C. DAMRELL, JR.
District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com