McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, Ca.  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-0306 FCD |
| | ) | CR. NO. S-00-0487 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION; ORDER |
| | ) | |
| MARK ANTHONY DIXON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant Mark Anthony Dixon, through Colin L. Cooper, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Kenneth J. Melikian, agree to vacate the status hearing scheduled for August 21, 2006.  The parties further stipulate that said hearing be placed on the court's September 25, 2006, calendar at 9:30 a.m.

   The parties are in the process of executing a plea agreement which would encompass this case as well as the defendant's other case, CR.S-00-487 FCD.  The government has provided a plea agreement for both cases to Mr. Cooper.  Mr. Cooper has indicated that the terms of this plea agreement are acceptable to him and his client.  As Mr. Cooper's office is in the Bay area, he

1  requests a continuance of a few weeks so that he can meet with his
2  client to execute the plea agreement.
3       For these reasons, the parties request that a status
4  conference in this case, as well as in case CR.S-00-487 FCD, be
5  scheduled for September 25, 2006.  The parties further agree that
6  time should be excluded in both cases through September 25, 2006,
7  from computation under the Speedy Trial Act pursuant to local code
8  T4 (18 U.S.C. § 3161(h)(8)(B)(iv)) in order to allow defense
9  counsel to prepare his case.
10 DATED: August 18, 2006            McGREGOR W. SCOTT
                                     United States Attorney

                                     By:/s/ Kenneth J. Melikian
                                        KENNETH J. MELIKIAN
                                        Assistant U.S. Attorney

15 DATED: August 18, 2006            /s/ Kenneth J. Melikian
                                     COLIN L. COOPER
                                     Attorney for Defendant
                                     (Signed by Kenneth J. Melikian
                                     per authorization by Colin L.
                                     Cooper)

20      IT IS SO ORDERED.

22 DATED: August 18, 2006

                                     /s/ Frank C. Damrell Jr.
                                     HONORABLE FRANK C. DAMRELL JR.
                                     U.S. District Court Judge

2