# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Mark Anthony Dixon ) | Case No: 2:04CR00306-01 |
| ) | USM No: 12740-097 |
| Date of Previous Judgment: 02/20/2007 ) | Colin L. Cooper, Retained |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ✔ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❒ DENIED.　✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __118__ months **is reduced to** __94 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __34__　　　　Amended Offense Level: __32__
Criminal History Category: __I__　　　　Criminal History Category: __I__

Previous Guideline Range: __151__ to __188__ months　　Amended Guideline Range: __121__ to __151__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.
✔ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

### III. ADDITIONAL COMMENTS

Sentence to run concurrent with sentence imposed in Docket No. 2:00CR00487-01.

Except as provided above, all provisions of the judgment dated __02/20/2007__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 9, 2008

Judge's signature

Effective Date: _____　　　　Frank C. Damrell, Jr., United States District Judge
(if different from order date)　　　　　Printed name and title